**FILED**

FEB - 9 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

THE UNITED STATES OF AMERICA,          )
                                        )
      Plaintiff,                        )
                                        )
v.                                      )
                                        )
0.09 ACRES OF LAND, MORE OR LESS        )
SITUATE IN MAVERICK COUNTY,             )
STATE OF TEXAS; AND JUAN JOSE           )
MENDOZA, ET AL.,                        )
                                        )
                                        )          CIVIL NO.
And                                     )
                                        )          **DR10CA007**
0.464 ACRES OF LAND, MORE OR LESS       )
SITUATE IN MAVERICK COUNTY,             )
STATE OF TEXAS; AND THE ESTATE OF       )
ANTONIO MUSQUIZ, ET AL.,                )
                                        )
      Defendants.                       )

## AGREED MOTION FOR DELIVERY OF IMMEDIATE POSSESSION

The United States of America, the Plaintiff herein, pursuant to 40 U.S.C. § 3114(d)(1),

moves this Honorable Court to enter the attached agreed order for delivery of possession by

Alejandro Musquiz, Consuelo Musquiz and the Estate of Antonio Musquiz.  The parties have

conferred and agree that the terms of the order of possession are reflected in the proposed order.

Mr. Filemon Ortiz, Jr., attorney for the Estate of Antonio Musquiz, by signing below, indicates

the consent of Antonio Musquiz, Consuelo Musquiz and the Estate of Antonio Musquiz to the

entry of the proposed order.



WHEREFORE, Plaintiff United States of America, requests the Court enter the attached

order awarding possession to the United States of America according to the terms of that order.

JOHN E. MURPHY
UNITED STATES ATTORNEY

BY:

HAROLD E. BROWN, JR.
Assistant United States Attorney
Oklahoma Bar No. 1192
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7320
(210) 384-7351
Harold.Brown@usdoj.gov

KRISTY K. CALLAHAN
Assistant United States Attorney
California Bar No. 237322
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78216-5597
Tel. (210) 384-7388
Fax (210) 384-7312
Kristy.Callahan@usdoj.gov

Attorneys for Plaintiff
United States of America

Agreed:

Filemon Ortiz, Jr.
Bar No.  15324200
Ortiz & Ortiz, P.C.
310 North Main Street
Del Rio, TX  78840
 (830) 775-0544
(830) 775-5131 – Fax
ortizlaw0544@yahoo.com
Attorney for the Estate of Antonio Musquiz

-2-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 0.09 ACRES OF LAND, MORE OR LESS | ) |
| SITUATE IN MAVERICK COUNTY, | ) |
| STATE OF TEXAS; AND JUAN JOSE | ) |
| MENDOZA, ET AL., | )   CIVIL NO. |
| And | ) |
| 0.464 ACRES OF LAND, MORE OR LESS | )   **DR10CA007** |
| SITUATE IN MAVERICK COUNTY, | ) |
| STATE OF TEXAS; AND THE ESTATE OF | ) |
| ANTONIO MUSQUIZ, ET AL., | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER

Before the Court is Plaintiff's Agreed Motion for Order of Immediate Possession.  The Court grants that motion and ORDERS as follows:

1.  This Order is without prejudice to the rights of Defendants to present evidence on the amount of just compensation to be paid and to share in the award.

2.  Plaintiff shall have immediate possession and use of the property which is the subject of this suit, more particularly described in the Complaint as Tracts I and II.

3.  This case will remain open for the issue of compensation.

Dated this _____ day of February, 2010.

_____
ALIAS M. LUDLUM
UNITED STATES DISTRICT JUDGE

-1-